J-A04041-20

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| JOHN DUGAN | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| v. | : | |
| | : | |
| | : | |
| JOSEPH A. GRECO | : | |
| | : | |
| | : | No. 1924 EDA 2019 |

Appeal from the Order Entered June 6, 2019
In the Court of Common Pleas of Chester County Civil Division at No(s):
2019-00302-DI

BEFORE:   PANELLA, P.J., STRASSBURGER, J.* and COLINS, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED MARCH 09, 2020**

I join the Majority Memorandum.  I write separately to emphasize that this decision is not a holding that there could not be a same-sex common law marriage prior to the abolition of common law marriage prospectively in 2005.  ***In re Estate of Carter***, 159 A.3d 970 (Pa. Super. 2017) holds definitively to the contrary – there can indeed be a same-sex common law marriage.

This case merely holds that Appellant, Dugan, has not met his heavy burden of proving a common law marriage.  ***Staudenmayer v. Staudenmayer***, 714 A.2d 1016 (Pa. 1998).

Judge Colins joins this concurring memorandum.

*Retired Senior Judge assigned to the Superior Court.